UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>           Defendants. | Case No. 21-cv-06279-AGT<br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED UNDER A FICTITIOUS NAME**<br><br>Re: Dkt. No. 2 |

Plaintiff has asked the Court for permission to proceed under a fictitious name. Her motion suggests that anonymity may be necessary "to preserve privacy in a matter of sensitive and highly personal nature," *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (simplified), but the defendants have yet to be served or to enter an appearance, and the Court must consider the risk of unfairness to them in evaluating plaintiff's request. *See id.* For now, plaintiff may proceed under the fictitious name Jane Doe and may execute any documents related to this lawsuit using that pseudonym. But she must re-notice her motion within 30 days of when both defendants appear, at which point they may respond.

**IT IS SO ORDERED.**

Dated: August 23, 2021

ALEX G. TSE
United States Magistrate Judge