UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 3:21-cv-06279-JD<br><br>**ORDER RE PSEUDONYMOUS FILING** |

Plaintiff Doe's request to file under a pseudonym, Dkt. No. 12, is unopposed. Pseudonymous filing is a rare exception to the longstanding rule that the public should have complete access to the proceedings of the federal courts. Consequently, there needs to be a good reason why a party should be allowed to keep his or her identity a secret.

Doe asks for anonymity because she believes stigma may attach to mental illness and traumatic brain injury. Dkt. No. 12 at 3. She also says that there is limited public interest in connecting her identity with her medical record. *Id*. at 5.

The Court has some doubt about the stigma proposition. As social media and similar sources indicate, mental health issues no longer convey the negative implications that they did in years gone by. It is now quite common for professional athletes, performers, and others in the public eye, to disclose mental health conditions. So too for traumatic brain injuries, particularly in professional football and other contact sports. These disclosures have done much good in lessening the stigma once associated with mental health conditions.

Even so, the Court will not gainsay Doe's concerns, particularly in light of the fact that her case is narrowly tailored to a personal interest and not a matter of substantial public concern. Overall, Doe has satisfied the controlling test in *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000).

Consequently, the request is granted. Doe may file under the "Jane Doe" pseudonym. Defendant will not disclose Doe's identity, and will refer to her as Doe in all ECF case filings and in-court proceedings. The parties are advised that the Court may revisit this order if circumstances no longer warrant pseudonymous filing.

**IT IS SO ORDERED.**

Dated: August 26, 2022

JAMES DONATO
United States District Judge